No. D–60. IN RE DISBARMENT OF HOFFER. It is ordered that Harry Hoffer, of Merrick, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–61. IN RE DISBARMENT OF HEMLOCK. It is ordered that Alfred J. Hemlock, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–62. IN RE DISBARMENT OF PERSKY. It is ordered that Robert S. Persky, of New York, N. Y., be suspended from the pratice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–63. IN RE DISBARMENT OF SMILEY. It is ordered that Morton H. Smiley, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–64. IN RE DISBARMENT OF WASSERMAN. It is ordered that Jack Seymour Wasserman, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.